U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 0 5 2017

TONY R. MOORE, CLERK
BY: _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTOPHER GEORGE TAYLOR | CIVIL ACTION 1:16-CV-01033 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| UNITED STATES COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Commissioner's motion to remand (Doc. 19) is GRANTED, the final decision of the Commissioner is VACATED, and this case is REMANDED, pursuant to the sentence 4 of 42 U.S.C. § 405(g), to the Commissioner for further proceedings, to specifically include: (1) reviewing the complete record; (2) evaluating whether there has been medical improvement using the correct January 13, 2011 comparison point decision; (3) holding another hearing; and (4) issuing a new decision addressing entitlement to both Title II DIB and Title XVI SSI benefits.

IT IS FURTHER ORDERED that Taylor's motion (Doc. 26) to add his 2003 application and medical records (dating back to 2001) to this administrative record on remand is DENIED.

1

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 5th day of July, 2017.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE